In the United States District Court
For the District of Delaware

Detlef F. Hartmann,
   Plaintiff
   v.
Judge Wytham, et al

FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For Appointment of Counsel

Plaintiff, unrepresented by counsel, requests this Honorable Court appoint Counsel to represent Plaintiff, class of one, for many necessary reasons: For imminent Restraining Orders and Injunctions Needed;

1. Citizen Plaintiff continues to be denied his RFI's by LRR's;
2. Very limited access to information and resources for Petitioner to do his legal work if he were totally capable. 969 F2d 700, 703;
3. Plaintiff is under mental disabilities. 8th Amendment;
4. For the best interests of justice. 6th Amendment;
5. For shear number of illegal prison conditions and obstructions to procedural due process and equal protection of laws LRR's under the 14th Amendment;
6. For irreparable damages caused and stopping the injuries and damages Petitioner is under, class of one, and ones he is under;
7. Complexity of case and resources, education, experience of opposition for equal qualification;
8. Organized crime in state governments among some state employees;
9. Petitioner indigent for equal protection of the LRR's;
10. Facts and laws underdeveloped;
11. For integrity and efficiency of legal process;

—1—

12. For Discovery, investigations, for necessary facilities and procedures for a proper inquiry, pleading requirements, traps;
13. Appointment prior to any further proceeding to make provision of counsel meaningful;
14. Counsel is needed to investigate the application of and alternatives to a challenged prison regulation. 949 F2d at 1036;
15. The fact that a case will be tried before a jury also supports the appointment of counsel. 949 F2d at 1036;
16. The Plaintiff is an indigent prisoner with no legal training. 739 F2d 160;
17. Shear number of Constitutional violations;
18. Denial would prejudice case;
19. For any incompleteness in petition so far;
20. Inability to assert all claims;
21. Protecting interests of each class;

I declare under penalty of perjury that the foregoing is true and correct.

Sincerely Yours,

*(signature)*

May 9, 2006

DETLEF F. HARTMANN
SBI No. 229843
Delaware Correctional Center
1181 Paddock Rd, SE17
Smyrna, DE 19977

-2-