CA - 340

May 18, 2006

Dear Court Clerk,

    Petitioner is too Destitute to pay for postage of legal mail, for copies to each Defendant, and originals and copies of Grievances and Appendix to the Court.

    Prison still illegally requires funds from Indigent Petitioner, class of one, for all legal postage and legal supplies. Need preliminary injunction to mail documents at State expense as per law. (See Claim 16).

    Can State Mail be used since Petitioner is a Ward of the State? (That is State property)

    Proper relief requested. Turn this into a legal motion as needed please.

Sincerely Yours,
Detlef F. Hartmann, 229843
DCC, 1181 Paddock Rd, DE17
Smyrna, DE  19977-3474

P.S. - Constitutional violations are irreparable injuries.



FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE