AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 1:06-CV-340 JJF

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION



FILED
JUN -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

_____4 June 2006_____          _____(signature)_____
(Date forms issued)               (Signature of Party or their Representative)

DETLEF F. HARTMANN
(Printed name of Party or their Representative)

PLAINTIFF

Note: Completed receipt will be filed in the Civil Action