IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DETLEF F. HARTMANN, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-340 JJF
)
COMMISSIONER ANDREA )
MAYBEE-FREUD, JUDGE WILLIAM L. )
WYTHAM, JUDGE WALSH, JUDGE )
HOLLAND, JUDGE BERGER, )
COMMISSIONER STANLEY TAYLOR, )
WARDEN THOMAS CARROLL, CAPTAIN )
MCCREANOR, LISA MERSON, )
MICHAEL LITTLE, EDWARD JOHNSON,)
JANE BRADY, MARTIN O'CONNOR, )
DIRECTOR OF STATE PUBLIC )
LIBRARIES, DAVID JONES, )
CHRISTOPHER WITHERELL, )
CHRISTOPHER TEASE, JR., )
CORRECTIONAL MEDICAL SERVICES, )
FIRST CORRECTIONAL MEDICAL )
SERVICES, DELAWARE CENTER FOR )
JUSTICE, )
)
Defendants. )



FILED
JUN -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

**AUTHORIZATION**

I, Detlef F. Hartmann, SBI #229843 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $10.83 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 1, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also

understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _June 4th_, 2006.

_____
Signature of Plaintiff