4 June 2006

Dear Court Clerk,

Reference case #1:06-cv-340 JJF,

Case needs to be referred to a different Judge because Judge Farnan has a conflict of interest in this case as noted on first page of Civil Complaint last line. He is in one of the claims. What needs to be done to get that transferred?

Thank You Very Much,

[signature]

229843
DCC
1181 Paddock Rd, DE17
Smyrna, DE 19977-3474

Enclosures:
AO 85 (Rev 8/98)
AO FORM 85 Receipt (Rev. 9/04)
Authorization to deduct funds for filing fee

FILED
JUN - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

I/M [signature]
SBI# 228843  UNIT DE17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 JUN 2006 PM 1 T

Legal Mail

Office of the Clerk
United States District Court
844 N. King St., Lockbox 8
Wilmington, DE
19801-3570