U.S. District Court
District of Delaware

Detlef F. Hartmann, and class of one, many classes,
Plaintiff,

v.

Maybee-Freud, et. al.,
Defendants

1:06-cv-340 JJF


FILED
JUN -9 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Declaration of Bias or Prejudice By Judge Farnan

As Plaintiff, and class of one in many classes, in the above-entitled causes, request the Honorable Judge Farnan, Jr., of this Court in which this action was commenced and is now pending, and before whom it is to be tried or heard, has a personal bias or prejudice against Plaintiff, and atleast an appearance of bias or prejudice in favor of the opposing parties.

The facts and reasons for such belief are as follows:

1. An efficient mechanism for completing this case preventing appeal issues without unfairness or appearance of unfairness is needed to prevent unnecessary expense and delay as from history.

2. Since personal bias or prejudice is concerning Plaintiff because of prejudicial denial and delay of Plaintiff's Habeas Corpus, and the prejudicial denial of appointed legal counsel contrary to law for indigents first right of appeal.

3. Bias or prejudice because of pecuniary interests by

Judge Farnan, Jr., in the State of Delaware, opposing party to Plaintiff, et al, in real estate transactions by himself, his family, and his business associates. Pecuniary interest, especially in his District, is inherent prejudice and requires 'automatic' recusal by law. State of Delaware Attorney General controls licenses, permits, and alike for All businesses in Delaware.

4. Bias or prejudice already shown by taking 14 months, illegally, to decide on a speedy Habeas Corpus purpose causing further irreparable damages to Plaintiff and Family contrary to law.

5. Judge Farnan knows that he, individually, for his family members, and his business associates, or as a fiduciary, have a financial interest, inherent prejudice, in Plaintiff's opposing party's finances and positions that is inherently affected by the outcome of this case.

6. And to better insure fundamentally fair proceedings.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

June 7th, 2006      [signature], DETLEF F. HARTMANN
SBI # 229843
D.C.C.
1181 PADDOCK RD
SMYRNA, DE  19977-3474

U.S. District Court
District of Delaware

Dettef F. Hartmann, and class of one, and many classes,
    Plaintiffs,
v.
Maybee-Freud, et. al.,
    Defendants

1:06-cv-340 JJF

Certification of Disqualification Upon Filing of Declaration of Bias or Prejudice

Plaintiff, Dettef F. Hartmann, in the above-entitled cause has made and filed a Declaration that I have bias or prejudice against him, and asks that another judge be designated in the case.

I do hereby, in accordance with the provisions of Section 144 of Title 28 of the United States Code, proceed no further in this motion - Civil Complaint above.

Dated:

United States District Judge
Joseph J. Farnan, Jr.

Detlef Hartmann, 229843
DCC
1181 Paddock Rd, DE17B
Smyrna, DE 19977

Legal Mail

WILMINGTON DE 197
08 JUN 2006 PM 3 L

Court Clerk Office
U.S. District Court of Delaware
844 N. KING STREET
LOCK BOX 18
WILMINGTON, DE 19801-3570