United States District Court of Delaware

Dettef F. Hartmann, Petitioner, and
   classofone - DCC inmates, and
   classofone - DCC disabled inmates,   Civ. No. 1:06 - CV - 340 KAJ

   V.

Maybee - Freud, et al.,
   Defendants.

Aug 22, 2006

## Reconsideration And Amendment For Motion For Appointment of Counsel

1. Counsel needed for clarification and refinement of claims, to allow court to fairly evaluate claims, and substantial uncertainty exists by Plaintiff to be able to adequately present arguments to court. See Weir v. Otter, D. Mass 2002, 214 F Supp 2d 53.

2. District court should exercise its discretion to appoint counsel to assist indigent Plaintiff in cases in which plaintiff has made threshold showing of some likelihood of merit. See Klos v. Haskell, 835 F Supp 710, aff'd 48 F3d 81.

3. Counsel have been appointed to cases which have much smaller causes or damages.

4. Deliberate indifference to serious medical need requires counsel for experts to assess adequacy of treatment.

5. Delay in appoint extends damages.

6. Following are some Exhibits showing exhaustion attempts to attain counsel:

   Exhibit A = Letters sent to particular organizations or individuals and dates mailed.

- 1 -

Exhibit B, C, D, E, and F are copies of letters sent for assistance.

" G = Shows bias, one-sided investigation by NAMI-DE.

" H = Shows State Senator inability to investigate if its own laws are being upheld; passing the buck. Incompetent to do it themselves. Want to run a prison without knowing how.

" J = Center for Justice is NOT providing that; an agency used for federal required, but breaches its duty.

" K = Copy of letter sent to several attorneys (in this State) for assistance: (1) Kathleen H. Anderson, Esq., 10019 Reisterstown Rd, Ste 301, Owings Mills, MD 21117-3910. (June 2006)

(2) Community Legal Aid Society, Ms Gottschalk. June 7, 2006.

(3) Edward C. Gibbs, Esq., 16 N. Bradford Street, POB 824, Georgetown, DE 19947-0824, on Apr 5, 2006.

(4) T.L.P.J., P.C., 1717 Massachusetts Ave, NW, Ste 800, Washington, D.C. 20036-2001, on Apr 5, 2006.

(5) ACLU, National Prison Project, Washington, D.C., on Feb 16, 2006.

(6) Advocates for Children, 151 West 30th Street, NY, NY 10001-4197, on Feb 10, 2006.

(7) Prevent Child Abuse NY, 614 W. State St., Ithaca, NY, 14850-3308, on Feb 10, 2006.

(8) Delaware ACLU - Drew Fennell, Esq, on May 12, 2005.

(9) Delaware Center for Justice, Janet Labon, 100 West 10th Street, Ste 905, Wilmington, DE 19801, on Aug 31, 2005

-2-

(10) Kyle Kemmer, Esq., 1300 N. Market Str, Ste 205, Wilmington, DE 19801, on June 1, 2005.

(11) U.S. Attorney's office, 1201 Market street, Suite 1100, BOB 2046, Wilmington, DE 19899-2046, on June 2, 2005.

(12) Delaware Center for Justice, Inc., Janet Labou, 100 W. 10th Street, Ste 905, Wilmington, DE 19801, on May 12, 2005,

(13) Community Legal Aid Society, Inc., 100 W. 10th Street, #120, Wilmington, DE 19801, on May 12, 2005.

(14) Disabilities Rights Center, Mr Tom Olin, Suite 121, 2500 Q street NW, Washington, D.C. 20007, on Mar 5, 2005.

(15) Thomas Neuberger, Esq., 2 East 7th Str, Ste 302, Wilmington, DE 19801, on Nov 8, 2004.

(16) Jeffrey Martin, Esq., 16 Nov 2004.

(17) Kevin Howard, Esq., 502 S. State Str, Dover, DE 19901, on in end of 2005.

(18) Edward C Gilebs, Esq., 16 N. Bedford Str, PoB824, Georgetown, DE 19947, end of 2005.

Exhibit L = Illegal denial of legal assistance due to legal disability.

Dated : Aug 22, 2006                    Respectfully Yours,

Clartyman,

SBI No. 229843
DCC, 1181 Paddock Rd, T2-10
Smyrna, DE 19977

-3-

Exhibit M, N, O = Continues deliberate indifference, no communication, for

illegal imprisonment and outrageous number alone of illegal prison conditions by Governor Minner's endorsement and wrongful trust in Commissioner Stan W. Taylor failing to uphold the many laws of this land as started to be shown in *Civil Complaint*.

Counsel is needed to answer *Amendment* to *Civil Complaint* for discovery because: Petitioner is incarcerated in unconstitutional conditions depriving of information for access to courts by handicaps and disabilities created and caused by *Civil Complaint* Defendants, to be able to reply in a timely manner, and have access and for equal, effective, meaningful, capable, and adequate access to courts right under the Constitution.

With the entry of counsel, all aspects of the underlying cause of action could be clarified, *Loper v. Beto*, 92 S.Ct. 1019 (1972), and the proper parties could be brought before the court, *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 91 S.Ct. 1999, n. 2 (1971).

The Supreme Court has recognized the role counsel can play in assisting prisoners in properly pursuing their grievances. *Bounds v Smith*, 97 S.Ct. 1491, 1499-1500 at n.n. 19-20. Therefore, Counsel appointment is appropriate in this case after that also, during pleading stage, (cite omitted).

Order denying court appointed counsel to an indigent plaintiff is immediately appealable. See *Ray v Robinson*, 640 F.2d 474 (3d Cir, 1981). Therefore, need Certificate of Appealability Approved by this Court, if Counsel is denied now,

Thank You Kindly, Sincerely Yours,

-4-

D. Martin

I/M _Betty Mantmann_
SBI# _229843_ UNIT _T2-10_
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

_Legal Mail_

_U.S. District_
_Court Clerk_
_Boggs Federal_
_Lockbox 18_
WILMING

Exhibit A

Letters →

Assistance Requested From: ↓

Dates Mailed ↓

| | B Family Law v. Wrongful Foreclosure | C Dear Cat/Kleenex (Re/16-2) | D Elder Chief | E why to family to Postletta | F another attempt of investigation | Exhibits |
|---|---|---|---|---|---|---|
| Rep Maier Legislative Hall Dover) | 3 Sep 04 | Oct 8 2004 | Oct 8 2004 | | | |
| Sen Henry " | 3 Sep 04 | Oct 8 2004 | Nov 10 04 | Nov 10 04 | Nov 10 04 | |
| ACLU-DE STE 309 100 W. 19TH Street WILM 19801-1672 | 3 Sep 04 | Nov 10 04 | Nov 10 04 | Nov 10 04 | Nov 10 04 | |
| ACLU-NTL COMMUNICATIONS 125 BROAD STR, NY, NY 10004-2400 | | Nov 1 04 | Nov 1 04 | | | |
| DOC STAN TAYLOR | | | | | | |
| DE SCTY OF STATE OFFICE HUMAN RELATIONS 805 RIVER RD DVR 19901 | Oct 8 2004 | Oct 8 2004 | Nov 10 04 | Nov 10 04 | Nov 10 04 | |
| WILLIAM M. KILLEN, ESQ SOCIAL-LEGAL SVCS COORD. CARVEL BLDG 820 N.FRENCH Str. WILM 19801 | Oct 8 2004 | Oct 8 2004 | Nov 10 04 | 04 | → | |
| Legal Malpractice Insti. 103 WASHINGTON STR, DEPT 158 MORRISTOWN, NJ 07960 | Oct 8 2004 | Oct 8 2004 | Nov 10, 04 | | ↗ | |
| MRS PAUL SEAN CREGG Ctr FOR JUSTICE, INC 100 W.10th STREET STE 905 WILM 19801 | | | | | | |
| CRIMINAL JUSTICE COUNCIL 820 FRENCH ST, 10th FLR WILM 19801 | Oct 18, 04 | Nov 1 04 | Nov 1 04 | Nov? 04 | Nov 1 04 | |
| SURJ - STE 409 1000 WEST 10TH STR. WILM 19801 | 3 Sep 04 | Oct 8 2004 | | | → | |
| DVR POST - POB 664 DVR 19903 | | | | | | |
| DSN POB 737 DVR 19903 | | | | | | |
| NEWS JOURNAL EDITOR JOHN TAYLOR 950 W. BASIN RD NEW CASTLE 19720 | | | | | | |
| NEWS JOURNAL AL MASCITTI | Oct 8, 04 | Nov 1 04 | | | | |
| DE VOLUNTEER LEGAL SVCS INC JACQUELYN CHACONA, ESQ DOMESTIC VIOLENCE POB 7306. WILM 19803 | | | | | | |
| DR SAM HOPP DSU 1200 N DUPONT HWY, DVR 19901-2277 | Aug 23 04 | | | | | |
| Sectg HHS DE | Aug 23 04 | | | | | |

| | Family Laws, Rougghl Improvement | Gov/Minner (16-9) | Flowchart | Why is Family a District Class? | Another example of intangement |
|---|---|---|---|---|---|
| Alice Young (Advocate)<br>A-2152-41 Melson Rd<br>WILM 19808 | Aug 23, 04 | NOV 10 04 → | | | |
| CURE-DE<br>Alan J. Williams<br>POB 7986<br>NEWARK 19714-7986 | Oct 8 2004 | Oct 8 2004 | | | |
| CURE-NATL<br>POB 2310<br>WASH DC 20013 | | Nov 11 04 | | | |
| IMPAC<br>POB 163<br>St GEORGES, DE 19733-0163 | | | | | |
| SATA-CURE/SORT<br>POB 1191<br>OKEMOS, MI 48805-1191 | | | | | |
| Gov. Minner | | NOV 10 04 → | | | |
| Common Cause, 1304 N. Rodney St.,<br>Wilm, DE 19801. | | NOV -04 | NOV -04 | | |
| DE PSYCH CTR, DVCC<br>1901 N. Dupont Hwy, New Castle 720 19804<br>Fairness For Prisoner's Families 30303<br>4083 Poplar Street, NW, Atlanta GA | | Dec 2 04 | Dec 2 04 | Dec 2 04 | |

EXHIBIT B

<u>Family and Child Preservation Laws V. Revengeful Incarceration</u>
(Myth vs. Reality)

The Center for Substance Abuse Treatment (CSAT) of the U.S. Dept. of Health and Human Resources reported that treatment <u>is</u> cost-effective, especially compared to incarceration. It cited treatment costs ranged from a low of $1,800 per client to a high of $6,800.; Maryland pays $20,000 per year to incarcerate an offender. (because they have more resources). Delaware pays $24,500 per year (depending on whom you ask) to incarcerate a citizen. The costs are actually much more staggering if anyone could ever figure out all the damages and injuries created by incarceration and its domino affect on the family members, reintegration and actual treatment verse a threatening prison environment and university of criminology ( how to commit crimes ). To prevent this domino affect, Delaware and the federal laws and regulation require "preservation and protection services" by the State with all its resources with legally required "reasonable efforts."
As in Delaware Codes 16, Chapter 9, <u>the Child Abuse Prevention Statute</u>, Title 29, Chapter 90, <u>the Division of Services for ~~Families~~ Children, Youth and their Families</u>, the supervisory department for the Child Abuse Act legislated to be handled by the Division of Family Services, and the <u>Family Court Act</u> Title 10, Chapter 9, and the Family Court Civil Rules 200 et. seq.

The RAND Corporation found that every dollar spent on treatment [ for any addiction, behavior problem and alike ] to control cocaine [ for example ] saves $7.48 on reduced crime and regained productivity, a far greater return per dollar than any other

interdiction strategy. Not to mention the greater savings of the best interests of the children in a family.

The Washington State Institute for Public Policy (WSIPP) found that drug treatment in prison saved of between $1.91 and $2.69 for every dollar spent. Drug Courts [as Mental Health Courts] saved $2.80 for every dollar spent. Drug treatment [as other Public Health issues like actual child abuse] outside of prison saved $8.87 for every dollar spent.

The same would go for other addictions, child harm, and first-time sex offenders, not actual violent rapist, for mental health courts and mental health treatment outside of prison. The impact in trying to save a citizen from prison and trying to save a family are phenominal as experts in the field know who do not have an ulterior motive or conflict of interest. Should saving a citizen from ignorance or past scarse be more important then personal revenge? Have we become a fast-food throw-away, disposable society? Should family and citizen preservation attempts come first or are we just revengeful animals?

As current Delaware Rape laws are applied by Jane Brady, every Delawarean who has sex is a rapist. When will the madness stop? Everyone coerces their partner one time or another. How ridiculous has this situation become? It is out of control, prisons overcrowded, unnecessary taxes wasted. Who is competent enough and unbias to research the actual problem and solution? How much longer will families get destroyed unnecessarily? Should our courts be doing a

proper investigation to see who is treatable, amenable, salvageable by due process instead of evil spirited state employees showing us how unaccountable an oppressive government can be as history has shown us over and over. Will a good spirit attempt treatment FIRST?

The Drug Treatment Alternative to Prison (DTAP), a two-year treatment and job-training program in Brooklyn, N.Y., reduced recidivism and drug use and increased the likelihood of finding legal employment, all at half the cost of prison. Compared to a matched group, DTAP participants had arrest rates that were 26 percent lower two years after leaving prison and were 67 percent less likely to return to prison. No Child Left Behind, why are so many without a marketable job skill after high school? That is a set-up for failure. A States self-defeating, treasonous action. Why does our State leadership not have the best programs here? Why is recidivism encouraged and supported by this temporary State leadership? Why is a marketable job-training not available for any Delaware resident in or out of prison? The answer is obvious. Let's see where the true spirits are, who will complain about this article and who will fix the State problems, a government FOR the people.

Lets STOP this MYTH and paranoia.

Any questions? Just write me.

For Families,

Mr. Detlef Hartmann

③

*[Left margin, vertical text:]* Governor Minner, signed by Governor Statement Assurance Title II E,A,P,III. See Title II E,A,P,(1) and (1) and §906(10) to do to is job to do is NOT doing its job. Inc.'s First Fund, Inc. Children's First Fund Delaware's Children's First

*[Right margin, vertical text:]* consumer product to manufacturer mandated Reh. Habitual Abuse with family claw for training Abuse matter.

Dear (Gov Minner, et al.)

How are you? I hope you are well? I am forced to write you about an atrocity going on in our great State. It is recognized by our constitution that the General Assembly may declare policy and announce legislative principles which SHALL apply in certain cases, and also delegate to an administrative body (The Division of Family Services *DFS.* in this case) the authority to apply those principles in factual situations as they arise. See also In re DNREC, Del. Super. Ct., 401 A2d93 (1978).

Someone is allowing illegal arrests, indictment and convicting of our unaware citizens abusing their authority under color, pretense of law in FAMILY child abuse allegations. The General Assembly has delegated that authority to DFS to "protect and preserve families" by providing "services" to treat any needs to accomplish that Acts purpose, and the FAMILY Court Act. The Child Abuse Prevention Act, Title 16, Chapter 9, A Public Health Issue which is civil and restorative, NOT criminal and destructive. Illegal family genocide is causing the great health problem in our State by state employees with malicious motive by illegally amputating the family members instead of providing required, mandatory "reasonable efforts services" for preservation of families which is known by a competent court. Illegal, revengeful tactic commits a community disease spreading the virus causing greater child abuse by (omitting) Public Health Law (Title 16 Chapter 9) which the Legislature has given the authority to DFS, DCYF (Dept of Services for Children, Youth and their Families - Title 29 Chapter 90, 90A) and Family Court to provide treatment, NOT criminal incarceration. Evil element among our government must be extracted immediately. See 16 § 906 (10) and (11) for treatment, and § 901 and § 906 for mandatory language. Legal definition of family is NOT investigated for as required for "relationship" which determines due process to prevent government or malicious oppression. Many family rights, privileges and immunities are violated; too many to mention here. Many family members are falsely imprisoned. Damages are inreparable to families by state employees. Write for details/questions. We hope you care enough about our children. Respectfully,

A Family Advocate, Ph.D. Hartmann, 229843, 1181 Paddock Rd, E, Smyrna, DE 19977.



Delaware Summary of * Procedural Due Process is intended by
Santosky v. Kramer, 102 S. Ct. 1394

8

9

The uniformity with the laws of other state is desirable (23 § 1502)

Eaton v. Gulman 263 A.2d 440

**New York State Child**

16 § 906 "shall pursue and use integrity of family"
← Protected class 16 § 10 (4)

**Protective Services System**

16 § 903 mandatory

← Santosky v. Kramer, 102 S. Ct. 1394

Delaware Code Title 16, Chapter 9 § 902 (14) "accused is legally a family member" "custodian and child." (before Sep 1998)

Report to SCR

16 § 903, 904, 905

subject not legally responsible relative; insufficient information or allegations

Provide Services

direct placement with relative

Rule 203

dispositional hearing

PFR Rt 10/31/04 10/18 Mastungi Andreus 685 A.2d 377

Rule 203

refer to CPS

Child Protective Services

release child with services

Delaware Code Title 16, Chapter 9 § 906(b)(7) DFS (DNC-Family Svcs)

finding of abuse or neglect

Rule 202

Protective Custody

investigation and provision of services

unconditional release

Rule 202.(c)

Dismissal

fact-finding hearing

16 § 906 (b)(3)

verification

⇨ Unfounded DFS Policy

→ DFS Policy

foster care placement

Family Court Rules 200-309

initial determination of where child stays during Family Court proceeding

indicated

no services needed

DFS Policy

probable cause hearing in proper jurisdiction, the competent subject-matter.

16 § 906(b)(7)

determine needs

DFS Policy to follow Rule 16 § 906 (b)(7)

10 § 901 stay 10 § 1003

services needed → DFS

Only if services refused or unsuccessful 16 § 906(b)(7)

16 § 910 (3) "DFS should perform" need"

referral to Family Court

Protective Custody

DFS(b)(3)/b)(7)(iii)
16 § 906

.services successful voluntary foster care[1]

provide services

---

[1] Children in foster care are still entitled to preventive services, but no longer need protective services.

N.Y. State Office of Children + Family Services

<u>Why is the Family a protected class by law? (10 § 104)</u>

Marriage between a man and a woman is ordained by God and that the Family is central to the Creator's plan for the eternal destiny of His children.

The divine plan of happiness, as in the Bill of Rights, enables, NOT disables, Family relationships to be preserved and protected for Higher and Greater reasons then our own selfishness.

The plan of God for His children to multiply and replenish the earth remains in force by those with the good Spirit and good faith efforts will preserve and protect families with all possible resources available from a competent government. Destruction of the family by oppressive state employees denies that.

It has been warned and is known by the wise that the disintegration of the Family, Family genocide, or Family member amputation or kidnapping by force by the State under color of law without preservation and protection services as should be provided for when actually needed without selfish, retaliatory, vindictive, nor malicious personally created by the uninformed and weak mind, will bring upon individuals, communities, and nations the calamities foretold of self-destruction.

Therefore, we call upon responsible citizens, who know the rest of the story, who do not speculate and are objective, like officers of the government everywhere to promote preservation and protection measures in Title 16 Delaware Code Chapter 9 to maintain and strengthen the family, and NOT be part of satan's plan, as the fundamental unit of society, the footing for society to stand, to flourish and succeed. Justice and government is the display of society's love. Does it match God's?

Here is another sample of the
incompetence Delaware families
are under.

Agencies fail to follow laws under
Administrative Procedure Act and
Administrative Law ( 29 § 1135 et al.).

DFS is supervised by DSCYF.

Federal civil law suit
assistance needed.

Malicious prosecution, possible
treason undermining State,
conspiracy by State employees
and thus RICO violations.

RSVP receipt of this letter.

**Child welfare agency meets federal goals** *No !*

Delaware's child welfare agency has met the goals set by a federal review three years ago, officials said Thursday.

The federal Administration for Children and Families reviewed child welfare programs nationwide, and states that did not meet federal standards had to submit a plan to improve in those areas.

Delaware's Department of Services for Children, Youth and Their Families met only one of seven goals in the review: Children get adequate services to meet their physical and mental health needs. No state met all seven goals.

The review found that Delaware needed to do a better job of assessing what abused children and troubled families need to improve their lives. Failing to do that meant that cases were often closed without families getting the help they needed, the review found.

To avoid losing $130,000 in federal money, the state developed a plan that involved improvements to the foster care system, increased mental health services, transitional housing for youth leaving the juvenile justice system and creation of a "holistic services team" to work with children and families with special needs.

The federal agency will now monitor the state every five years to make sure it is still meeting those goals, said Joseph Smack, spokesman for the state department's Division of Family Services.

**United Way golf event raises $14,700**

Exhibit G



**NAMI-DE**
Delaware's Voice on Mental Illness    www.namide.org

April 24, 2003

Detlef Hartmann  SBI#229843  Unit E
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE   19977

Dear Mr. Hartmann,

Thank you for contacting NAMI-DE.  We are very much aware of the problems that exist in the state of Delaware related to the concept of "locking up" those individuals diagnosed with a mental illness as well as the inherent problems of deinstitutionalization within the state.  The staff at NAMI-DE has certainly been addressing these problems. Another non-profit by the name of SURJ (Stand Up for what's Right and Just) has a statewide initiative to seek reforms within the criminal justice system.  They are located at 100 West 10th Street, Suite 615, Wilmington, DE  19801, phone #302-426-9252.

competency
or ?
incompetence

Staff from NAMI-DE has met with the First Correctional Medical Team that staffs the mental health sector at the Smyrna Correctional Center this year.  They are a very professional group of mental health specialists under the direction of Dr. Kow.  Please refer to them for any specific mental health issues.  They will also help you with discharge planning and connection with mental health treatment within the community upon discharge.

Please let us know if you have any specific/personal issues regarding advocacy.

Sincerely,

Donna Anthony
Director of Program Development
NAMI-DE

2500 West 4th Street          Phone: 302-427-0787          E-mail: NAMIDE@namide.org
Suite 5                                888-427-2643
Wilmington, DE 19805        Fax:   302-427-2075



**KAREN E. PETERSON**
STATE SENATOR
Ninth- District

**SENATE**
STATE OF DELAWARE
LEGISLATIVE HALL
DOVER, DELAWARE 19903

COMMITTEES
Administrative Services, Chair
Combat Drug Abuse, Chair
Energy & Transit
Health & Social Services
Sunset
Veterans Affairs

March 9, 2006

Mr. Detlef F. Hartman
SBI No. 00229843
Del. Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Hartman:

I suppose that you have heard the news that the U.S. Department of Justice is investigating the conditions in the Delaware Prison system.   This is the result of many requests filed with the Department of Justice, including mine which was written on October 8, 2005.

Because the federal government has launched an investigation, I will forward your letter of February 24th to the U.S. Attorney's Office so that they can include it in their investigation.

I feel certain that the federal investigation will result in better treatment of inmates within our prison system.

Sincerely,

Karen E. Peterson
Senator

KP/





**COMMUNITY LEGAL AID SOCIETY, INC.**

100 W. 10th Street, Suite 801
Wilmington, Delaware 19801
(302) 575-0660    Fax (302) 575-0840
www.declasi.org

May 9, 2006

Dettel F. Hartmann, 229843
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977-3474

Dear Mr. Hartmann:

This letter is in reference to your recent correspondence in which you requested assistance. Your letter has been forwarded to me for a response.

Community Legal Aid Society, Inc. ("CLASI") is a public interest law firm that provides assistance to eligible clients in a limited number of civil law cases. Because of limited resources, CLASI's poverty program can only assist individuals in certain types of traditional poverty law matters such as public benefits, federally subsidized housing and immigration.

Since your problem does not fall within the identified substantive areas, CLASI will be unable to assist you with your legal problem.

Sincerely,

Deborah Gottschalk

Deborah I. Gottschalk

DIG/cls



The United Way

| | | |
|---|---|---|
| **NEW CASTLE CO.** | Main Office, 100 W. 10th Street, Wilmington, DE | (302) 575-0660 |
| | ELP (Seniors), 100 W. 10th Street, Wilmington, DE | (302) 575-0666 |
| **KENT COUNTY** | 840 Walker Road, Dover, DE | (302) 674-8500 |
| **SUSSEX COUNTY** | 144 E. Market Street, Georgetown, DE | (302) 856-0038 |



*Exhibit J*

# Delaware Center for Justice
**100 West 10th Street, Suite 905**
**Wilmington, DE 19801**

## Adult Offender Services Program

**Date: May 16, 2005**

**Detlef Hartmann # 229843**
**Delaware Correctional Center**
**1181 Paddock Rd**
**Smyrna, DE 19977**

**Dear Mr. Hartmann:**

This is to acknowledge receipt of your letter.  After careful review of your letter, the following decision has been reached:

☑ We do not deal with the issue(s) in your letter

☐ We advise you to contact your institutional medical provider

☐ Provide additional information on the matter for follow up

☐ Contact your Counselor at the institution for help and guidance

☐ We will contact you upon further investigation and follow up

☐ File a grievance using the internal 4.4 Grievance Procedure

☐ Requested information enclosed

☑ **Other: Unfortunately Mr. Hartmann, DCJ does not provide legal assistance.**

Thank you for your interest in our agency.

Sincerely,

Nikita Y. Robins
Case Manager, Adult Offender Services

Exhibit K

April 4th, 2006

Dear Attorneys,

Request assistance in any way possible, to improve attached Petition, file, represent, counsel and/or in any way directly or indirectly help in this vital effort to save our children, families, State and Nation.

We eagerly await your professional reply.

Sincerely Yours,

Dorthy Maitmann, 229843
DCC
1181 Paddock Rd, DE
Smyrna, DE   19977-3474

Family Law Advocates

P.S.  Who would be the best ~~██~~ to send this Petition to for ~~██~~ ~~██~~?
I am legally indigent.

In The Family Court of the State of Delaware
In And For _____ County

Detlef F. Hartmann,
Plaintiff
V.
State of Delaware,
Defendant

Petition For Certification of Questions of Law

This 4th day of April, 2006, request this Honorable Court find that as per Family Court Civil Procedure Rule 75, and Delaware Supreme Court Rule 41:

The following questions of law be certified to the Supreme Court of the State of Delaware for the following reasons, and for the important and urgent reasons for an immediate determination by the Supreme Court of the questions to be certified are:

A. To fulfill the purposes of the laws, rules, and regulations in question.

B. To show the mandated due process for equal protection of the laws under the 14th Amendment of the U.S.C., and of the Delaware Constitution.

C. To stop the illegal imprisonment going on in this State by evil forces which are contrary to laws, rules and regulations.

D. To stop the Family genocide going on in this State which is contrary to laws, rules, and regulations.

E. To stop the child abuse going on in this State by evil forces which is contrary to laws, rules, and regulations.

F. To stop the irreparable damages being done to our families

which is NOT in the Best Interests of our children, family's, State and Nation.
6. To stop the epidemic caused by some state employees by violating our Health and Safety Codes of this State and Nation.

## Questions of Law

What is the due proess for equal protection of the laws mandated by the Legislater's under the 14th Amendment of the U.S.C. and the Delaware Constitution for All alleged child abuse?

If it is NOT as per attached flowcharts A and B, what is it; where does legislation say its different?

Sincerely Yours,
In Service,

Detlef F. Hartmann, 229843
DCC
1181 Paddock Rd, DE
Smyrna, DE 19977-3474

Family Genocide and Illegal Imprisonment still in Delaware caused by

Appendix H

NoT Following Mandated Procedural Due Process for All Alleged Child Abuse
In Delaware and U.S.A.

| U.S. Constitution | ▷ | (Each box is pari materia) | (Path B used illegally |
| CAPTA (42 USC §5101 etseq) | Federal Supremacy Clause | instead of Path A) |

DELAWARE CONSTITUTION → State Legislature

(Causing criminal contempt of legislatures)

Advisory Council for Dept of DSCYF
29 Del. C. Chap 90A

(State and National Health and Safety Codes violations by government employees

42 USC §5901 etseq.

DSCYF (Dept)
29 §9001 et seq.

Federal APA and State A.P.A. | Admin Proc. Act
29 Del.C. §10101 et. seq.

| All Alleged Child Abuse Offenders X | C. APA. (Div. of FAMILY SVCS) DFS |
| X Procedural Due Process Starts Here | 16 Del. Code Chapter 9 (See Appendix B FOR DP) |

GOVERNMENT OBJECTIVES
BEST INTERESTS MET
Service Plan Completed

Civil - Remedial
Health & Safety Code

Legal Family Status | Relationship's PROTECTED CLASS | Not Legal Family
16 § 902 (14)

(Path A)          (Path B)

Treatment Services
16 § 906 (10+11)
By DFS  REASONABLE EFFORTS → Services Refused

Arrest under
Title 11 Del. C.
Magistrate

Family Court Civil Rules
200 et seq, 90.1

Superior Court

Family Court Act, 10 Del. C. §901 et seq. → Appeal

↓ sometimes

Arrest and Indictment → CONVICTION → Sentencing ie of Imprisonment

-A-

Mandated Federal and Constitutional Objectives for Children, Families, Parents
States Must Follow:

First Amendment Family Integrity Rights

Fourth Amendment Right from Seizure before Mandated procedural due process.

Eighth Amendment Family Procedural Due Process Rights Through the 14th Amendment.

Sixth Amendment Right to Effective Counsel in Family Law and Subject-Matter Determination

Sixth Amendment Right to Government Agency legislated by Laws.

Sixth Amendment Right to Subject-Matter Jurisdictional court by Due Process and Equal Protection Law

Eighth Amendment Right from cruel and unusual punishment and civilized society
from false/illegal imprisonment.

Eighth Amendment Right from cruel and unusual punishment from seizure of
a legal family member, illegally.

Eighth Amendment Right from cruel and unusual punishment from child, family,
parent Abuse by government employees.

Ninth Amendment Right to Family members.

Fourteenth Amendment Right to procedural due process for children, family,
parent, protected class of citizens, and equal protection of the laws.

The Adoption Assistance and Child Welfare Act (AACWA) of 1980, 42 USC § 620 et seq.
The Adoption and Safe Families Act (ASFA) of 1997, 42 USC § 670 et seq.
The Family Preservation and Support Act (FPSA) of 1993,
The Child Abuse Prevention and Treatment Act (CAPTA),
The Administrative Procedure Acts for Agencies,

National Advocacy Foundations and Resources:
    Youth Law Center, Edna McConnell-Clark Foundation, etc.

-A2-

Exhibit L



# DISABILITIES LAW PROGRAM
## COMMUNITY LEGAL AID SOCIETY, INC.
100 W. 10th Street, Suite 801
Wilmington, Delaware 19801
(302) 575-0690    (TTY) (302) 575-0696    Fax (302) 575-0840

August 11, 2005

*[handwritten notes:] write Wilm Library see Fed DL Nlaw? for use of friends. alle letter for Major inter Feb 20, 06*

Dettel Hartmann
SBI # 229843 Unit E
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re:    Request for Legal Assistance

Dear Mr. Hartmann:

We are in receipt of your letter requesting legal assistance. You allege that you are being discriminated against under the ADA; however, you gave no specific examples of discrimination. You complain generally about the difficulties in advancing prison litigation. While there are indeed many legal barriers to successful prison litigation, they are not disability-related barriers.

Unfortunately, the Disabilities Law Program has limited funds and cannot accept every case for representation. We set priorities for the kinds of cases we take. For example, the only type of prison case we would review for merit would be one where a prisoner with disabilities is encountering a physical barrier that is disability-related, such as not having a grab bar in the shower or access to a special telephone for a deaf inmate.

We are sorry that we are unable to offer you legal assistance at this time.

Sincerely,

*Disabilities Law Program*

Disabilities Law Program

**KENT COUNTY**    840 Walker Road, Dover, DE 19901                    (302) 674-8500
**SUSSEX COUNTY**    144 E. Market Street, Georgetown, DE 19947        (302) 856-3742

DELAWARE'S PROTECTION AND ADVOCACY SYSTEM FOR PERSONS WITH DISABILITIES



STATE OF DELAWARE
OFFICE OF THE GOVERNOR

RUTH ANN MINNER
GOVERNOR

August 30, 2004

Mr D. Hartman
Sbi# 229843 Unit E
1181 Paddock Road
Smyrna, DE   19977

Dear Mr Hartman:

Thank you for contacting Governor Ruth Ann Minner. The Governor is in receipt of your letter, and has asked the office of constituent relations to respond on her behalf. Governor Minner appreciates it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

I have asked Department of Correction Commissioner Stanley W. Taylor to review your letter and take appropriate action. Thank you for taking the time to write to Governor Minner.

Sincerely,

Barbara Brown
Director, Office of Constituent Relations



STATE OF DELAWARE
OFFICE OF THE GOVERNOR

RUTH ANN MINNER
GOVERNOR

September 16, 2004

Mr D. Hartman
Sbi# 229843 Unit E
1181 Paddock Road
Smyrna, DE  19977

Dear Mr Hartman:

Thank you for contacting Governor Ruth Ann Minner. The Governor is in receipt of your letter, and has asked the office of constituent relations to respond on her behalf. Governor Minner appreciates it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

I have asked Department of Correction Commissioner Stanley W. Taylor to review your letter and take appropriate action. Thank you for taking the time to write to Governor Minner.

Sincerely,

Barbara Brown
Director, Office of Constituent Relations

TATNALL BUILDING, DOVER, DELAWARE 19901   (302) 739-4101   (302) 739-2775 FAX
CARVEL STATE OFFICE BUILDING, WILMINGTON, DELAWARE, 19801   (302) 577-3210   (302) 577-3118 FAX

*Exhibit O*



**STATE OF DELAWARE**
**OFFICE OF THE GOVERNOR**

RUTH ANN MINNER
GOVERNOR

July 19, 2005

Mr. Detlef Hartman
Sbi#229843 Unit De
1181 Paddock Road
Smyrna, DE   19977

Dear Mr. Hartman:

Thank you for contacting Governor Ruth Ann Minner.  The Governor is in receipt of your letter, and has asked the office of constituent relations to respond on her behalf.  Governor Minner appreciates it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

I have asked Department of Correction Commissioner Stanley W. Taylor  to review your letter and take appropriate action. Thank you for taking the time to write to Governor Minner.

Sincerely,

Barbara Brown
Director, Office of Constituent Relations