In The United States District Court
For The District of Delaware

| | |
|---|---|
| Detlef F. Hartmann, Plaintiff, <br> v. <br> Commissioner Andrea Maybee-Freud, et.al., Defendants, | Civil Action No. <br> 06-cv-340-KAJ <br><br> FILED <br> SEP 18 2006 <br> U.S. DISTRICT COURT <br> DISTRICT OF DELAWARE |

Motion For Extension of Time For Amendment To Civil Complaint

Scanned- BD 9/18/06

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Mr. Hartmann moves for an extension of time to respond to the Order dated August 21, 2006.

In support thereof, the following is stated:

1. Mr. Hartmann, and as representative of classes as one, is an inmate at the Delaware Correctional Center with its present and past history of illegal obstructions and continues deliberate indifference to the laws with invidious discriminatory animus as mentioned in Civil Complaint causing prejudice to His and class members timely, equal, effective, meaningful, capable, and adequate access to the information to communicate to the courts in the interest of equal protection of the laws of the land.

2. Mr. Hartmann, and classes, of indigent inmates and indigent disabled inmates at the Delaware Correctional Center cannot afford counsel for timely, equal, effective, meaningful, capable, and adequate access to information and being able to communicate the illegal conditions to a court as required by laws in the interest of equal justice for all.

3. Mr. Hartmann lacks knowledge, education, and experience of legal research and legal principles, which will be and are the focus of His Complaint, which would

cause manifest injustice and lack of fundamental fairness, denial of due process and equal protection of the laws under the United States Constitution and Statutes due to lack thereof, which would prejudice and discriminate against Him and the classes He represents as one of them.

4. Due to Mr. Hartmann's personal disabilities caused by the many illegal prison conditions as per Civil Complaint, and yet to be able to be communicated to the courts, prejudices and discriminates against Him and the classes as inmates at the Delaware Correctional Center, to properly research and prepare His Complaint in a timely, equal, effective, meaningful, capable, and adequate manner for equal protection of the laws of the land.

Therefore, it is expected that Mr. Hartmann will need more time to improve the claims.

Wherefore, based on the above reasons as examples for the need, Mr. Hartmann respectfully prays this Honorable Court to GRANT this Motion and extend the time for filing His Amendment to the Order for 30 days to October 20, 2006.

Dated: September 6, 2006
Prison caused delays;
Mailed: Sep 14, 2006,

Sincerely Yours,

Detlef V. Hartmann

SBI No. 229843
Delaware Correctional Center
1181 PADDOCK RD, T2-10
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_Detlef F. Hartmann_
Plaintiff

v.

Civil Action No.
06-cv-340 KAJ

_Commissioner Andrea Maybee Freud, et al.,_
Defendant(s)

ORDER

    IT IS HEREBY ORDERED, this ____ day of _____, 200_ that the attached Motion for Extension of Time has been read and considered.
    IS IS ORDERED that the Motion is hereby GRANTED/DENIED.
    IT IS FURTHER ORDERED THAT

_____
_____
_____
_____

_____
Judge

I/M Jeffrey F. Heitmann
SBI# 229843   UNIT T2-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
15 SEP 2006 PM 2 T

Office of the Clerk
United States District Court
844 N. KING Street, Lock Box 18
WILMINGTON, DE
19801-3570