NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 06-340-KAJ

DETLEF F. HARTMANN, and as classes of one

v.

DISTRICT COURT
JUDGE: JORDAN

COMMISSIONER ANDREA MAYBEE-FREUD,
et. al.

Notice is hereby given that __DETLEF F. HARTMANN, and as classes of one__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order, S
[ ] Other (specify) __Denying Appointment of Counsel at critical stage.__

_____

entered in this action on __Aug 21, 2006__, and for Reconsideration, Order dated
                           (date)                October 13, 2006

Dated: __October 27, 2006__

FILED
OCT 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
(Counsel for Appellant-Signature)

__DETLEF F. HARTMANN__
(Name of Counsel - Typed)

__D.C.C., 1181 PADDOCK RD, T2-10__
(Address)

__SMYRNA, DE 19977-3474__
(City, State Zip)

__NONE__
(Telephone Number)

__N/A__   RD scanned
(Counsel for Appellee)

__N/A__
(Address)

__N/A__
(City, State Zip)

__N/A__
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Detlef Hartmann
229843   UNIT T2-10
DELAWARE CORRECTIONAL CENTER
PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
25 OCT 2006 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE   19801-3570