In The United States District Court
For the District of Delaware

Detlef F. Hartmann, and as one of classes
    Plaintiff,
    v.
Commissioner Andrea Maybee-Freud,
et. al., Defendants.

Civil Action No.
06-cv-340-KAJ



Motion For Extension of Time For Amendment To Civil Complaint

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Mr. Hartmann respectfully moves this Honorable Court for a second extension of time to respond to the Order dated August 21, 2006.

In support thereof, the following is stated:

1. Mr. Hartmann, and as one of classes, is an inmate at the Delaware Correctional Center with its past and present history of illegal obstructions and deliberate indifference to the laws of the land with invidious discriminatory animus in this ever more modern, civilized, decent society as claims in the Civil Complaint explain causing prejudice to Him and His similarly situated inmates to timely, equal, effective, meaningful, capable, and adequately, legal access to the information and entitlements under the American Disabilities Act to communicate to the courts in a meritorious way in the interest of life, liberty, and property interests for due process and equal protection to the laws of the land.

2. Mr. Hartmann has been trying His best to get the Amendment in on time but cannot due to His mental disabilities, failing to be prevented, diagnosed, and treated, which continues to interfere severely, daily, with His major life activities, as per

1 of 2

<u>Civil Complaint</u>, including getting this <u>Amendment</u> completed in a more timely fashion.

3. He wishes to finish it as fast as possible also. Mr. Hartmann has severe memory loss from the illegal prison conditions and other psychological and physical damages requiring rereading everything even minutes later and having to rewrite everything by hand to assemble his notes. He has to copy word for word from law library legal books, to later apply to each of his claims, with an obstructive, very limited, prejudicial amount of time at the law library and its limited assistance. Denial to necessities of life by Defendants deny legal access to the courts.

4. Deliberate indifference, by Defendants as legal custodians and prison administration as seen in <u>Complaint</u>, deny Mr. Hartmann, et. al., the <u>legal entitlements</u> through the <u>American Disabilities Act</u> and the lack of advocate in this tiny state, do not leave him on an equal footing to communicate in the elements above for a legal manner.

5. Also, due to unexpected other time sensitive legal work needing to be done lately, caused him more delays to get this <u>Amendment</u> done.

6. Wherefore, based on the above reasons, Mr. Hartmann respectfully prays for this Honorable Court understand, assist, and GRANT this <u>Motion</u> and extend the time for filing his <u>Amendment</u> to the Order for 30 days.

Dated: November 7, 2006

Sincerely Yours,

*[signature]*

SBI. No. 229843
Delaware Correctional Center
1181 PADDOCK RD, T2-10
Smyrna, DE  19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_Detlef F. Hartmann_
Plaintiff

v.

Civil Action No.
06-cv-340 KAJ

_Commissioner Andrea Maybee Freud, et al.,_
Defendant(s)

ORDER

      IT IS HEREBY ORDERED, this ____ day of _____, 200_ that the attached Motion for Extension of Time has been read and considered.
      IS IS ORDERED that the Motion is hereby GRANTED/DENIED.
      IT IS FURTHER ORDERED THAT

_____
_____
_____
_____

_____
Judge

I/M DETLEF HARTMANN
SBI# 229843   UNIT T2-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

WILMINGTON DE 197
09 NOV 2006 PM I T

UNITED STATES DISTRICT COURT
FOR DELAWARE
OFFICE OF THE CLERK
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE
19801-3570