Case 1-06-cv-340 KAJ
TO: Office of the Clerk, District Court Delaware
FROM: DETLEF HARTMANN, 229843, SBI. No.
SUBJECT: Partial Filing Fee Errors
DATE: Nov 9, 2006

Wrong partial filing fees taken from my inmate account by Delaware Correctional Center (DCC), Business Office.

1. I just had 10.83 taken out of my account on Oct 20, 2006. Deduction is to be made monthly, if legally allowed.
2. But on Nov 3 another deduction, illegally was made for $34.00.
3. I just had a special gift sent for a "necessity of life," as legally defined, since legal custodian does not yet provide that. See legal definition for inmates "necessities of life," as in Filing Fee Motion Appeal filed recently by myself.
4. "Gifts" do not qualify for deduction for filing fee legally, especially for necessity of life not provided by custodian.
5. Civil Complaint includes claim for denial of "necessities of life" for inmates by DOC staff.
6. Need immediate refunds if clerk can do to not clogg up court unnecessarily. Receipt # 145323, Nov 7, 2006, for $34.00, and Receipt # 145180, Oct 25, 2006 for $10.83. And clarification info or cease + desist order about "Gifts" sent to DCC business office.
7. Also, Nov 3 deduction from inmate account of $34.00 was NOT one month apart from previous months deduction. No legal deduction allowed every 2 weeks.

FILED
NOV 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

8. If legal motion needs to be filed for refund, let me know, or just have this added to Filing Fee Appeal any way possible legally like an Amendment, Exhibit, or Attachment, or alike.

Thank You,

Detlef Hartmann
Delaware Correctional Center
1181 Paddock Rd, T2-10
Smyrna, DE 19977



I/M QEBLEY HARTMANN
SBI# 229843  UNIT T2-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United States District Court
For Delaware
Office of the Clerk
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE
19801-3570

1-06-CV-340 KAJ