OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 20, 2006

TO: Detlef F. Hartmann
SBI #229843
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

***RE: Letter in Regards to Necessity of Life Monetary Gift;
06-340(KAJ)***

Dear Mr. Hartmann:

This office received a letter in regards to the above mentioned matter. Please be advised that the Clerk's Office does not have control over the money taken out of your prison account. You will have to speak with an account supervisor at Delaware Correctional Center.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan