Civ Case No. 06-340
KAJ

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO: Detlef Hartmann SBI#: 229843

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: November 28, 2006

06CV340KAJ
FILED
DEC 0 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of
May 1, 2006 to October 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 12.31 |
| June | 9.33 |
| July | 13.17 |
| Aug | 12.00 |
| Sept | 13.55 |
| Oct | 95.62 |

Average daily balances/6 months: 26.00

Attachments
CC: File

Stacy Shane
11/28/06



# CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:** You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution. The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.**

    I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_Stacy Shane_
Authorized Officer of Institution

RECEIVED-D.C.C.

NOV 2 8 2006

SUPPORT SERVICES MANAGER

(Rev. 5/00).

# Individual Statement

## For Month of May 2006

Date Printed: 11/28/2006                                                         Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.16 |
|---|---|---|---|---|---|---|
| 00229843 | Hartmann | Detlef | F | | | |
| Current Location: | T2 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 5/11/2006 | $50.00 | $0.00 | $0.00 | $50.16 | 262503 | | | |
| Canteen | 5/17/2006 | ($39.03) | $0.00 | $0.00 | $11.13 | 264433 | | | |
| Canteen | 5/24/2006 | ($10.98) | $0.00 | $0.00 | $0.15 | 267468 | 09868912863 | | E. DAVISON |

Ending Mth Balance: **$0.15**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.35)

# Individual Statement

Date Printed: 11/28/2006

Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.15 |
|---|---|---|---|---|---|---|
| 00229843 | Hartmann | Detlef | F | | | |
| Current Location: | T2 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/12/2006 | $50.00 | $0.00 | $0.00 | $50.15 | 278244 | 5547413427 | | E. DAVISON |
| Canteen | 6/14/2006 | ($39.09) | $0.00 | $0.00 | $11.06 | 279350 | | | |
| Pay-To | 6/15/2006 | ($10.00) | $0.00 | $0.00 | $1.06 | 280219 | | DETAILS | |
| Mail | 6/28/2006 | $50.00 | $0.00 | $0.00 | $51.06 | 284825 | 5547414177 | | E. DAVIDSON |

Ending Mth Balance: $51.06

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.35)

# Individual Statement

## For Month of July 2006

Date Printed: 11/28/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $51.06 |
|---|---|---|---|---|---|---|
| 00229843 | Hartmann | Detlef | F | | | |

Current Location: T2   Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2006 | ($39.64) | $0.00 | $0.00 | $11.42 | 287803 | | | |
| Canteen | 7/11/2006 | ($1.80) | $0.00 | $0.00 | $9.62 | 289919 | | | |
| Canteen | 7/25/2006 | ($9.50) | $0.00 | $0.00 | $0.12 | 296356 | | | |

Ending Mth Balance: $0.12

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.35)

# Individual Statement

## For Month of August 2006

Date Printed: 11/28/2006                                                                                     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.12 |
|---|---|---|---|---|---|---|
| 00229843 | Hartmann | Detlef | F | | | |
| Current Location: | T2 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 8/10/2006 | $50.00 | $0.00 | $0.00 | $50.12 | 304485 | 10028968154 | | E, DAVISON |
| Supplies-MailP | 8/11/2006 | $0.00 | $0.00 | ($2.31) | $50.12 | 304912 | | 8/2/06 | |
| Supplies-MailP | 8/11/2006 | ($1.35) | $0.00 | ($1.35) | $50.12 | 304913 | | 8/2/06 | |
| Supplies-MailP | 8/11/2006 | ($2.31) | $0.00 | $0.00 | $48.77 | 305891 | | 8/2/06 | |
| Supplies-MailP | 8/11/2006 | ($36.14) | $0.00 | $0.00 | $46.46 | 305890 | | | |
| Canteen | 8/15/2006 | ($36.14) | $0.00 | $0.00 | $10.32 | 306445 | | | |
| Canteen | 8/22/2006 | ($3.32) | $0.00 | $0.00 | $7.00 | 309188 | | | |
| Canteen | 8/29/2006 | ($2.40) | $0.00 | $0.00 | $4.60 | 311457 | | | |

Ending Mth Balance: $4.60

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.35)

# Individual Statement

## For Month of September 2006

Date Printed: 11/28/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00229843 | Hartmann | Detlef | F | | $4.60 | | |

Current Location: T2    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 9/5/2006 | ($4.60) | $0.00 | $0.00 | $0.00 | 315084 | | | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 315618 | | | |
| Mail | 9/7/2006 | $50.00 | $0.00 | $0.00 | $50.00 | 316484 | 08513645323 | 8/29/06 | E. DAVISON |
| Supplies-MailP | 9/8/2006 | ($2.79) | $0.00 | $0.00 | $47.21 | 317636 | | 8/29/06 | |
| Canteen | 9/12/2006 | ($37.62) | $0.00 | $0.00 | $9.59 | 318265 | | | |
| Canteen | 9/19/2006 | ($2.75) | $0.00 | $0.00 | $6.84 | 321512 | | | |

Ending Mth Balance: $6.84

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.35)

# Individual Statement

## For Month of October 2006

Date Printed: 11/28/2006                                                                                                      Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.84 |
|---|---|---|---|---|---|---|
| 00229843 | Hartmann | Detlef | F | | | |
| Current Location: | T2 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/3/2006 | ($6.05) | $0.00 | $0.00 | $0.79 | 327234 | | | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($2.55) | $0.79 | 329829 | | 9/26/06 | |
| Mail | 10/10/2006 | $50.00 | $0.00 | $0.00 | $50.79 | 330778 | 5602056797 | | E. DAVIDSON |
| Mail | 10/12/2006 | $130.00 | $0.00 | $0.00 | $180.79 | 331646 | 10576277076 | | E. DAVISON |
| Canteen | 10/17/2006 | ($30.78) | $0.00 | $0.00 | $150.01 | 332849 | | | |
| Legal | 10/18/2006 | $0.00 | $0.00 | ($10.83) | $150.01 | 333803 | | | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($3.03) | $150.01 | 334284 | | 10/17/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($1.11) | $150.01 | 334286 | | 10/17/06 | |
| Pay-To | 10/20/2006 | ($2.50) | $0.00 | $0.00 | $147.51 | 335023 | | PRISON INDUSTRIES | |
| Legal | 10/20/2006 | ($10.83) | $0.00 | $0.00 | $136.68 | 336111 | | | |
| Supplies-MailP | 10/20/2006 | ($2.55) | $0.00 | $0.00 | $134.13 | 336175 | | 9/26/06 | |
| Supplies-MailP | 10/20/2006 | ($3.03) | $0.00 | $0.00 | $131.10 | 336367 | | 10/17/06 | |
| Supplies-MailP | 10/20/2006 | ($1.11) | $0.00 | $0.00 | $129.99 | 336368 | | 10/17/06 | |
| Canteen | 10/24/2006 | ($8.80) | $0.00 | $0.00 | $121.19 | 336709 | | | |

Ending Mth Balance: $121.19

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.35)

Detlef Hartmann, 229843
DCC, 1181 Paddock Rd, T2-10
Smyrna, DE 19977

Legal Mail

WILMINGTON, DE 197
30 NOV 2006 PM 3 L

Office of the Clerk
United States District court
844 N. KING STR., LOCK BOX 18
WILMINGTON, DE 19801-3570

Civ Cas. No. 06-340-KAT