

United States District Court
For Delaware

DETLEF HARTMANN, and as one of classes,
Petitioner,
  V.
KARL HAZZARD, and as one of class of
custodians of Petitioner,
Respondents,

NO. 06-340-***



BD scanned

Motion For Appointment of Counsel

Request appointment of proper counsel for:
1. upholding the Constitutions, laws, statutes,
2. for efficiency, mental disabilities, and obstructive conditions,
3. Petitioner unable and incompetent to represent classes,
4. representing the classes undeniably,
5. indigency obstructs justice here.

Dated: March 5, 2007

Yours Truly,
In Service,
DETLEF HARTMANN, 229843
Delaware Correctional Center
1181 Paddock Rd,
Smyrna, DE 19977

*Draft file*

Dear Ms Burris,                                        Mar 1, 2007

Require your professional assistance

I had written you twice since June 2006, [June 3rd and Nov 13, 2006,] for legal materials box approval, but no reply so far.

Cpt Hazzard gave 2 weeks now to get rid of all my legal materials for active cases, which of course will cause legal action due to deliberate indifference to law for ward of state, my mental + physical needs, [legal needs] necessities of life, and proper access to courts.

Prison rule is to have C.O. store more than one legal box which would cause more problems due to C.O.'s laziness, selfishness, deliberate indifference to legal rights, and my necessity to have access to my legal materials on a daily basis. Current conditions with understaffing, count times, and other work a C.O. might do, would further severely delay proper, legal access to my legal materials for legal access to courts.

Hazzard, now tells me to mail it home or destroy it. I am indigent and ~~therefore~~ therefor do not have funds to mail any of it home. Also, mailing it home would further disturb my legal access to courts because I don't have it in my possession to search for what I need to work on at the moment for ~~legal~~ timely access to courts. Destroying my legwork would also cause me irreparable legal damages because of illegal obstructive conditions here to legal access to information for the courts to file necessary meritorious legal documents.

Why is Hazzard put himself in known deep Hot water by deliberate indifference to legal rights? One reason is because he has been getting away with that too long. Such abuse and exploitation by custodian should not be.

Appendix A

I don't know why he is harassing me all of a sudden. He is not following code of conducts for D.O.C., and state law to have a 'harmonious' environment, not the opposite he is creating.

He knows I have several active cases, and others contemplated but still obstructed to by my legal custodians to file meritoriously in a timely manner. U.S. Supreme Ct filed Feb 28, 2007; Third Circuit no. 04-4550; and 06-4594; Fed. District Ct 06-340-***; and Family Court #06-27598, [for starters.]

And I qualify under the American Disabilities Act / Rehabilitation Act for entitlements to accommodate for my mental disabilities. i.e. allow all legal materials to do my needed legal work, or be part of obstruction to justice and equal access to courts, official oppression, abuse of authority, lost public trust.

Request your professional assistance and proper care for ward of state. to stop the degrading, illegal punishing, conditions caused by Hazzard, when I am already mentally disabled due to my custodians deliberate indifference, selfishness, laziness, and ignorance, and unprofessional conduct.

Detlef Hartmann, 22-9843
T2