DETLEF HARTMANN, and as one of classes,

Petitioner,

V.

CARL HAZZARD, and others similarly situated custodians,

Respondents.

06-340



Motion To Change Caption

Upon further information, request this honorable Court add the following Respondents/ Defendants involved in illegal conduct:

Jane Brady, former Attorney General, supervisor of agencies,

Stanley Taylor, former Commissioner for Dept of Corrections,

Carl Howard, former Bureau Chief,

Robert Snyder, former Delaware Correctional Center Warden,

Thomas Carroll, Delaware Correctional Center Warden,

Francine Kobus, former Legal Services Administrator for Delaware Correctional Center,

Mike Little, Legal Services Administrator for Delaware Correctional Center,

Edward Johnson, Paralegal, L Building Law library mainly,

___ Henry, Cpt, Security Staff, Delaware Correctional Center.

Dated: Mar 20, 07        Sincerely,

## Certificate of Service

I, _Detlef Hartmann_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Supplement Facts and Laws Update and_

_Newly Discovered_ _____ upon the following

parties/person (s):

TO: _US District Court_
_Boggs Bldg_
_844 King St._
_Lockerbox 18_
_Wilmington, DE 19801_

TO: _Delaware_
_Superior Court, Civil_
_38 the Green_
_Dover, DE 19901_

TO: _Delaware_
_Court of Chancery_
_417 South State St._
_Dover, DE 19901_

TO: _Delaware_
_Court of Common Pleas_
_38 the Green_
_Dover, DE 19901_

_Office of the Attorney General_
~~111 East Market Street~~ _102 West Water St, Dover 19904_

**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this _21ST_ _20 9th_ day of _March_ ,200 _7_

_____

I/M: Dettef Hartmann

SBI# 229843    UNIT T2

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



02 1A
0004608975    MAR 22 2007
MAILED FROM ZIP CODE 19977
$ 01.35⁰

Legal Mail

U.S. District Court
Boggs Bldg
844 KING STR.
LOCKER BOX 18
WILMINGTON, DE
19801

