United States District Court
for Delaware

Detlef Hartmann, and as one of classes,
  Petitioner,

v.

Brady, et. al.,
  Respondents.

No. 06-340-***

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 APR -6 PM 4:15

Motion For Extension of Time To File Amendment
<u>For This Case</u>

Petitioner requests this Honorable Court for an extension of 30 days from receipt of this Motion for the following reasons for Amendment:

1. Unexpected, excessive legal case load. Severe case load to Petitioner is needed for timeliness and to attain relief from many, severe, illegal prison conditions as per <u>Complaint</u> and to be brought, but cannot due to handicaps, obstructions, denials and disabilities caused by Defendants/Respondents, as per <u>Complaint</u> starts to show.

2. Inmate's pro se status, His impaired mental health, and his use of psychotropic medications constituted good cause for extension. <u>Weekley v. Jones</u>, 927 F2d 382, 385-6 (8th Cir 1991)

3. Debilitating medical and mental health conditions continue to deny Petitioner to file Amendment in a timely manner. For one symptom, Petitioner needs to sleep 15 hours a day which

of course, effects His daily, major life activities, due to degenerative prison conditions, and legal work needing doing before accelerated death occurs to Him, as is already occurring to Him, as is debilitation under these Defendants/Respondents.

 If any more information is needed to appoint counsel, please inform. Refer to record to avoid repetition.

 I pray for relief.   In Service To God And Country,

Dated: April 2, 2007

*Detlef Hartmann*

DETLEF HARTMANN
SBI NO. 229843
D.C.C.
1181 Paddock Rd, T2
Smyrna, DE 19977

## Certificate of Service

    I, DETLEF HARTMANN, Petitioner, hereby certify that I have served a true and correct copy(ies) of the attached Motion For Appointment of Counsel and Affidavit, Memo. of Law in Support, Motion for Extension upon the following parties/persons:

| | |
|---|---|
| To: Office of the A.G.<br><br>   102 West Water Str.<br><br>   Dover, DE  19904 | To: |
| To: U.S. District Court<br><br>   844 King Str.<br><br>   Wilmington, DE 19801 | To: |
| To: | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 3rd day of April, 2007

_____

Detlef Hartmann

SBI # 229843

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DETLEF HARTMANN, )
PLAINTIFF )
) I.D. 06-340-✱✱✱
v. )
)
BRADY, et.al., )
DEFENDANTS, )

## ORDER

IT IS HEREBY ORDERED, THIS_____DAY OF_____

, 200\_\_\_ THAT THE ATTACHED MOTION FOR_____

_____

HAS BEEN READ AND CONSIDERED.

IT IS ORDERED THAT THE MOTION IS HEREBY GRANTED/DENIED.

IT IS FURTHER ORDERED THAT_____

_____

_____

_____
JUDGE

U.S.M.
X-RAY

IM: Dellel Hartmann
SBI# 229943  UNIT T2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United States District Court
for Delaware
Boggs Bldg
844 KING STR.
LOCKER BOX 18
WILMINGTON, DE 19801