United States District Court
For the State of Delaware

Detlef F. Hartmann, Plaintiff,
v.
Commissioner Maybee-Freud, et. al.,
Defendants.

No. 06-cv-340

FILED
2007 AUG 10 PM 3:36
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

3 August 2007
Motion For Pleadings Between Numerous Defendants,
And Motion To Compel Names and Addresses For Service

Under Federal Rules of Civil Procedure Rule 5(c), request this Honorable Court approve and Order serving all Complaints, Amendments, Motions, documents, and related items to this case required to be served on the opposing parties, only need be made to their Counsel for each group of Defendant(s) as the State Attorney General, agencies or alike, subcontractors like Correctional Medical Services, et. al., instead of a copy thereof be mailed for proof of service to each Defendant to prevent the heavy expenses to my legal custodian, the State, and since so many pages are not relevant to each Defendant.

If that can Not be approved in the interest of efficiency and economy, an Order is needed from this Court to this Motion To Compel names, titles, and current mailing addresses

for each Defendant to serve process and summons, with designation of which name unknown like J. Doe or alike from Complaint and/or Amendment, and their designated roman numeral from these documents, from the known Defendants or other source, and, this info is needed because I continue to be denied legal access to info here at Delaware Correctional Center like the internet by my legal custodians/Defendants whose duty it is to uphold all my rights, but continue to be deliberately indifferent to these rights, which requires immediate injunction to remove all obstructions to info as per record, in the interest of justice which had made this Country great and where each person is to get equal protection of the laws, legal access to courts, for starters of violations by Defendants.

Thus, in the interest of justice and fundamental fairness, legal assistance is needed in all areas, every step of the way in this case, as my legal custodians/Defendants continue to cause damages to me and my family by obstructing justice in their malicious states of mind, for selfish gain, perverting our justice system of this great country.

We pray for relief in faith.

Sincerely, truly yours,
In Service To God and Country,
Detlef F. Hartmann
SBI No. 229843
Delaware Correctional Center
1181 Paddock Rd, T2-10
Smyrna, DE 19977

Date: 3 August 2007
in 100° weather

I/M DETLEF HARTMANN
SBI# 229843  UNIT T2-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

06-cv-340-MPT

Office of the Clerk
United States District & Court
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE
19801-3570