In The United States District Court
In And For The District of Delaware



Detlef Hartmann,
     Plaintiff,

     V.

Warden Thomas Carroll, et. al.,

        Civ No. 06-340-***
           (Mynge)

## Motion To Expedite An Emergency Temporary Restraining Order and Preliminary Injunction Due To Threats Today of Taking Legal Materials on Feb 6, 2008 By Custodian.

Require immediate assistance by this Honorable Court from any further threats and taking of my legal materials, which was already done to me about a year ago, while threats continued, continuing pattern and practice, having caused irreparable damages also to bring claims and defenses as actual legal injuries to me and my family. That had caused a T.R.O. and Preliminary Injunction Motions plus others having been mailed to this Court for Order.

Today, Jan 23, 2008, the new Warden Perry Phelps, a new Defendant in this case - see Motion For Caption Addition attached, is enforcing through his staff, the unconstitutional prison rule, as per this Civil Complaint, which includes a claim of one legal box for private possession is atleast unconstitutional. Thus, failing to check if the prior existing rule is actually legal and proper before enforcing.

These legal materials are for my legal cases, active and contemplated, which have precedential legal protection, but Defendants continue to act deliberately indifferent to these rights, in my protected protected statuses that I am in as a ward-of-state, disabled, destitute, pro se, incarcerated in need of necessities of life, which each Defendant knows or should know of which they are responsible to uphold for me as my custodians. Instead, they continue to act above the law, and state attorney general fails to train, control, and supervise state employees as Defendants by humane, ethical, legal, and professional standards. Thus, failing to uphold my rights, privileges, immunities, and entitlements which is his responsibility. See attached Exhibit A for issues.

Due to time constraints, my disabilities, and obstructions by these custodians/Defendants created in this facility over the years without oversight and accountability, I have to keep this short now to get this mailed.

I continue to go through this mental torture which is also causing my depression and other mental health issues, which further damage me physically from severe stress of degrading conditions contrary to the 8th Amendment of the United States Constitution also as cruel and unusual punishment. Without legal materials I am effectively denied access to courts, by malicious, wanton and reckless conduct by Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Sincerely Yours,

SBI 229843
DCC, 1181 Paddock Rd., Smyrna, DE 19877

Date: Jan 24, 2008
Attachments: 2 Motions, 1 Order, 1 Exhibit

In The United States District Court
For the District of Delaware

Detlef F. Hartmann,
            Plaintiff,                    Civ No. 06-340-* * *
      V.                                        (Thynge)
Warden Thomas Carroll, et, al,

Motion For Caption Addition

Request the new warden Perry Phelps be added as Defendant,

                              Thank you,
                              [signature]
                              SBI No. 229843
                              D.C.C.
                              1181 Paddock Rd, T2-10
                              Smyrna, DE 19977
                              Plaintiff

In The United States District Court
For the District of Delaware

Detlef F. Hartmann,
    Plaintiff,
                     Civ No. 06-340-***
    V.                           (Hynge)
Warden Thomas Carroll, et.al.

Order To Show Cause And Temporary Restraining Order
    Upon the supporting affidavit of the plaintiff, and the prior TRO.
and preliminary injunction memorandum of law filed by plaintiff,
it is

    ORDERED that Defendant Warden Perry Phelps conceed and correct
Inmate Housing Rule, or show cause to this Court in writing before or at
the hearing, orally in room ——, of the United States Courthouse, ———
                                                    (address)

on the day —— of ——, 2008, at ——O'clock, why a preliminary
injunction should not issue pursuant to Rule 65(a), Fed. R. Civ. P.,
enjoining the said defendant, agents and employees, to provide an
appropriate course of legal materials for private possessions to the
plaintiff, and the statuses / classes he is in, desiring to restore and
maintain the full, unobstructed function to have and use his legal
materials he needs.

    It Is Further Ordered that effective immediately, arrange for the plaintiff,
and as a member of classes, to halt any prison rule or other

enforcement relating to taking any of his legal materials.

<u>It Is Furthered Ordered</u> that this order to show cause, and all other papers attached to this application, shall be served on defendant. Warden Phelps, at the Delaware Correctional Center, 1181 Paddock Rd, Smyrna, DE 19977, and his counsel, the state attorney general Beau Biden, Jr., or his designee By _____, 2008, <u>AND</u> the United States Marshals Service is hereby directed to effectuate such service.

_____
U.S. Judge

Date : _____

IM Dottel Hartmann
SBI# 229943 UNIT 12-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
Legally Protected Mail

Certified Mail
Return Receipt Requested

United States District Court
For District of Delaware
J. Caleb Boggs Bldg
844 KING Street, Lock Box 18
WILMINGTON, DE
19801

UNITED STATES POSTAGE
PITNEY BOWES
02 1A          $ 00.580
000460 8975    JAN 25 2008
MAILED FROM ZIP CODE 19977