To: Deputy Warden Pierce, DCC, custodian of
FROM: Mr. Detlef Hartmann, 229843, T2
SUBJECT: Legal Materials and Boxes
DATE: Jan 23, 2008

Exhibit A

FILED
JAN 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir,

1. It's been over a year and I have not heard from former Deputy Warden Burris about my permit request for my legal boxes.

2. Again, prison rule is illegal causing irreparable damages for actual legal injuries, when limiting my legal materials to such an extreme, exaggerated, and malicious policy of only one cardboard box. I have plenty of room under my bed to store it. And humane, ethical, legal, and professional (H.E.L.P.) standards allow more room somehow when their are alternatives which should be provided if needed because it would otherwise further obstruct justice and my access to the courts. No one else knows what I need for my cases. To assume so is obviously malicious and unprofessional, arbitrary and capricious. It would be like someone ordering you to only one cardboard box for your office files. Can you see how ludicrous that is? It makes no sense.

3. Plus, more legal materials are needed in my private possessions in this facility because of the still many violations to H.E.L.P. standards for my access to courts meritoriously, as a ward-of-state to information to do my legal work in a precedential manner as legally required to be timely, equal, effective, meaningful, capable, adequate, and fundamentally fair, as from the law library and the internet, and to items as a standard lawyers office has, and saving info

on disks [and electronic filing].

4. Plus, <u>American Disabilities Act</u> entitles me to needs to do my legal work, which I am still being [totally] denied.

5. omit

6. Plus, prison rule is still illegal because law states wards-of-state, prisoners can have "contemplated cases" legal materials, not just active cases, which is obviously required.

7. Your professional assistance is needed to stop these obvious, ancient abuses, neglect, exploitation and deliberate indifference to my rights which my competent custodians will uphold.

8. [Case no's listed here with contemplated ones for legal materials boxes approval]

9. These inmate housing rules were not legally implemented under the Administrative Procedure Acts and Laws.

Any questions? When their is a will, their is a way.

Sincerely yours,

[signature]