In the United States District Court
In And For the District of Delaware


FILED
JAN 28 2008
BV
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dettef Hartmann,
　　Plaintiff,
　　v.
Warden Thomas Carroll, et.al.

Civ No. 06-340-***
(Thynge)

<u>Motion For Appointment of Counsel</u>

Request this Honorable Court appoint counsel for this TRO and injunction evidentiary hearing by law and ethics because I am a mentally and emotionally disabled person qualified under the <u>American Disabilities Act</u> and <u>Rehabilitation Act</u> thereby unable, incapable to represent the laws + facts in court, and to effectuate those motions by me.

And because I am handicapped unconstitutionally attest to uphold these laws due to these prison conditions here obstructing and denying my access to information to present all claims, defenses, issues to the courts in a precedentially proper manner requiring timely, equal, effective, meaningful, capable, adequate, and fundamentally fair access to information and items per a standard lawyers office for the courts needing meritorious issues to be properly worded and presented by me.

This effectively denies all my rights, privileges, immunities, and entitlements, as is, as needed for humane, ethical, legal,

and professional standards my custodians/Defendants must follow, but are not in this case. This effectively denies my constitutional rights entirely for one; justice delayed is justice denied. Any questions? This is the best I can do at this time.

Jan 24, 2008

Sincerely Yours,

[signature]

SBI. No. 229843
D.C.C.
1181 Paddock Rd
Smyrna, DE 19977