In the United States District Court
For the District of Delaware
Civ. No. 06-340 SLR

Detlef F. Hartmann, Plaintiff,

v.

Beau Biden, Jr., state attorney general, formerly Jane Brady, Carl Danberg, Dept of Corrections Delaware Commissioner, formerly Stanley Taylor, Perry Phelps, Warden, formerly Thomas Carroll, David Pierce, Deputy Warden, formerly Elizabeth Burris, Mike Little, legal services administrator, Carl Hazzard, Cpt, (Jane) Henry, Cpt, and those similarly situated as DOC staff, and their counsel(s), Defendants,

Notice of Appeal

FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Notice is hereby given that Detlef F. Hartmann, plaintiff, v. Beau Biden, Jr., et. al. Defendants named above from the civil case No. 06-340 hereby appeal to the United States court of Appeals for the Third Circuit from the final judgment by Judge Robinson, from Memorandum Order dated Jan 17, 2008, appealing for a temporary restraining order and preliminary injunction denied when their are actual past, current, ongoing, imminent irreparable damages to Plaintiff, and as a member of classes, for Defendants

and similarly situated to cease and desist and return, if applicable, taking or threatening to take or alike, Plaintiff's legal materials, as a member of the following protected classes as ward-of-state, disabled, unrepresented, indigent, held in confinement, as part of Plaintiff's Civil Complaint, and Amendments, 42 § 1983, et. al., R.I.C.O., American Disabilities Act, Rehabilitation Act violations by Defendants.

And now Mike Little found out about Plaintiff's lawsuit against him in Civil Complaint, causing him to timely reply to one box limit approval of unconstitutional prison rule, so that Plaintiff cannot properly pursue his legal work. Even while Little knows, as is responsible for, to insure legal matters for Dept of Corrections are legal, and as a custodian of Plaintiff, his responsibility includes upholding all rights, privileges, immunities, and entitlements for Plaintiff, and in the classes he is in, which is and has NOT been done, continuing to act deliberately indifferent to the laws of this land.

Respectfully yours,

_____, SBI 229843
Plaintiff,
Indigent, self-representing citizen
In Service to God and Country

Date: Feb 15, 2008

D.C.C.
1181 Paddock Rd, T2-10
Smyrna, DE 19977

I/M Chretel Watmann
SBI# 220843   UNIT T2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
Legally Protected Mail

United States District Court
For the District of Delaware
J. Caleb Boggs Bldg
844 King St., Lock Box 18
WILMINGTON, DE
19801