Request for Materials from Prothonotary

TO: Delaware District Court
FROM: DETLEF HARTMANN, 229843
DCC, 1181 PADDOCK Rd, T2
Smyrna, DE 19977
SUBJECT: Request for page numbers of Court Docket
for Civ Case: 06-cv-340; certified

DATE: March 25, 2008

Request you send me number of pages, since this prison does NOT provide this info nor court docket easily available from the internet, so that I can send you exact amount of money.

Thank You,

[signature]

DOB: 7-20-55



FILED
MAR 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Dettef Hartmann
SBI# 229843  UNIT T2-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"
X-RAY

United States District Court
For the District of Delaware
BOGGS BUILDING
844 KING STREET
LOCKBOX 18
WILMINGTON, DE
19801

Office of the Clerk