OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 31, 2008

TO: Detlef F. Hartmann
    SBI #229843
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

   **RE:   REQUEST FOR COPYWORK, C.A. NO. 06-340(SLR)**

Dear Mr. Hartmann:

   This is in response to your letter received on 3/27/08 requesting a certified copy of the docket.

   Please be advised that the fee for copywork is fifty cents ($.50) per page and the fee for certifications is nine dollars ($9.00). Prepayment in the amount of $15.00 should be sent with your request, check or money order payable to Clerk, United States District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/ead
                                            PETER T. DALLEO
                                            CLERK

cc:   The Honorable Sue L. Robinson