CA 06 340 SLR

TO: Office of the Clerk
Mr. Peter T. Dalleo
United States District Court
District of Delaware
Lockbox 18, 844 KING St.
U.S. Courthouse
Wilmington, DE 19801

FROM: Detlef F. Hartmann
SBI No 229843
D.C.C., 1181 Paddock Rd, T2-10
Smyrna, DE 19977

Date: Apr 4, 2008

FILED
APR - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SUBJECT: Court Dockets Equal and Timely Access

Dear Sir,

Request your professional assistance. This is a grievance about me having to pay 50¢ per page for a federal court docket, which may not be much to you but is to me when I am destitute and this State expects me to pay it to them, when the State D.O.J. employees can get them for 3¢ a page off the internet instantly. Court or State needs to provide me a way for EQUAL access to the courts in a TIMELY manner. This is a legal "necessity of life" in my statuses as an indigent, and as a ward-of-state which States, or someone, provide for as legal guardian(s). As is here, getting a docket by mail does NOT provide equal and timely access to the courts like all other parties have to a court. As is, I have to send two letters (2 postage stamps first class + 2 envelopes + 2 pieces of paper), non of which is provided free by this State contrary to humane, ethical, legal, and professional penological conditions, to get to court clerks. One for getting the exact number of pages of the docket, and when that is received, another letter needs to be sent with the exact fee. Timeliness is a requirement in legal work. Relief needed: An equal, timely access to the courts, as required.

Thank You, Detlef Hartmann

P.S. I have just been denied the needed 6.00 and 41 cents for postage by my guardians, DCC inmate accounts. Thus, I cannot get a docket.

I/M Detlef Hartmann
SBI# 229843  UNIT T2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

CV- 06-340 (SLR)

OFFICE OF THE CLERK, Mr. Dalleo
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
LOCKBOX 18
844 KING STR.
U.S. Courthouse
WILMINGTON, DE
19801