In The United States District Court
For The State of Delaware

Bettel F. Hartmann, Plaintiff,
V.
Beau Biden, Jr., et.al., Respondents

Civil Case No
06-cv-340-SLR

Motion For 30 Day Extension
To Complete This Reply Brief
To Organize it and Attach
A Fixed Complaint With
These Corrections



Request this Court grant this Motion in the interest of justice and due to extraordinary disabilities, handicaps, and incapabilities Plaintiff has to overcome, and as needed as seen in attached Reply Brief dated 14 Mar. 2008.

Thank You,
Sincerely,

Dated: 13 May 2008

Bettel Hartmann  SBI 229843
DCC, 1181 Paddock Rd
Smyrna, DE 19977