In the District Court of Delaware
of the United States

Detlef F. Hartmann, Plaintiff,
V.
Beau Biden, Jr., et.al., Respondents

Civ Case No 06-cv-340-SLR

Motion For <u>Temporary Restraining Order</u>
and <u>Injunction</u> For
<u>Issues In this Reply Brief</u>
<u>To District Court Orders</u>
<u>And Appointment of Monitor therefore</u>

Request this Court grant these Orders in the interest of justice, as per attached Reply Brief to District Court Orders starts to show; and Appendix A.

Sincerely,

Dated: 13 May 2008

[signature] SBI 229843
DCC, 1181 Paddock Rd, T2-10
Smyrna, DE 19977-3474

FILED
MAY 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE