In the United States District Court
For the State of Delaware

Detlef F. Hartmann, Plaintiff,
v.
Beau Biden, Jr., et al., Respondents.

Case No. 06-cv-00340-SLR

<u>Motion For Appointment of Counsel</u>

Request appointment as per reasons enclosed in Reply Brief, attached, to District Court Orders.

Dated: 13 May 2008

Thank you,
Sincerely,
Detlef Hartmann
SBI 229843
DCC, 1181 Paddock Rd
Smyrna, DE 19977



To scan