In the United States District Court
For the District of Delaware
Civ No. 06-cv-340-SLR

Detlef F. Hartmann, Plaintiff,

v.

Beau Biden, Jr., et. al.

<u>Motion For Caption Correction</u>

Request correction as on attached <u>Civil Complaint</u> redone and improved per <u>Court Orders</u> as best as possible while Plaintiff is under extraordinary destructive conditions.

Thank You, Sincerely,

Detlef Hartmann



FILED
MAY 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned