In the United States District Court
For the District of Delaware

Detlef F. Hartmann, Plaintiff,

v.                                  Civ No. 06-340-SLR

Beau Biden, Jr., et. al., Respondent

Motion For Find and Order On
Discovery Motion To Identify Defendants as Doe
or alike.

Request this Court grant this Motion for Defendant Counsel
to answer for DOC and other Defendants.

Thank You,
Sincerely,

 224843
DCC, 1181 Paddock Rd, T2-10
Smyrna, DE 19977-3474

Dated: 13 May 2008

FILED

MAY 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanning